```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EVELINA CALCANO,                                               :
                                                               :
                                  Plaintiff,                   :    21 Civ. 7403 (LGS)
                                                               :
                -against-                                      :    ORDER
                                                               :
CITY OF NEW YORK, et al.,                                      :
                                                               :
                                  Defendant.                   :
-------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case and seek dismissal with prejudice. Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and the right to restore the action to the Court's calendar if the settlement agreement is not consummated, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated:  November 30, 2021
        New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE